[931 NE2d 94, 905 NYS2d 125]

Isabella Ayoub, Respondent, v Joseph Ayoub, Appellant.

Decided June 15, 2010

### APPEARANCES OF COUNSEL

*Mauro Goldberg & Lilling,* Great Neck *(Matthew W. Naparty, Robert A. Ross* and *Richard J. Montes* of counsel), for appellant.

*Leitner & Getz LLP,* New York City *(Gregory J. Getz* and *Jerome M. Leitner* of counsel), for respondent.

*Cohen Hennessey Bienstock & Rabin P.C.,* New York City *(Harriet Newman Cohen* of counsel), Law Guardian.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed, without costs. Under the circumstances of this case, the parties' settlement agreement subsequent to the Appellate Division order rendered the appeal to this Court moot. We decline appellant's request to invoke the mootness exception.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.